```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 00789
   MARILYN L JONES
                                               CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-1616

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 01/15/2008 and was confirmed 03/06/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  85.00%.

     The case was dismissed after confirmation 12/11/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                 CLASS            CLAIM AMOUNT     INTEREST          PRINCIPAL
                                                                  PAID              PAID
--------------------------------------------------------------------------------
CAPITAL ONE                   UNSECURED          1400.24            .00               .00
WELLS FARGO BANK              CURRENT MORTG     12455.89            .00          12455.89
WELLS FARGO BANK              MORTGAGE ARRE     26336.21            .00           3056.65
CONDOR CAPITAL CORP           SECURED VEHIC     10475.00          391.07           1316.79
CONDOR CAPITAL CORP           UNSECURED          9865.13            .00               .00
COUNTRYWIDE HOME LENDING      NOTICE ONLY      NOT FILED            .00               .00
WELLS FARGO BANK              NOTICE ONLY      NOT FILED            .00               .00
TCF FINANCIAL SERVICES        UNSECURED        NOT FILED            .00               .00
CAPITAL ONE                   NOTICE ONLY      NOT FILED            .00               .00
CAPITAL ONE BANK              NOTICE ONLY      NOT FILED            .00               .00
FOUNDATION EMERGENCY SER      UNSECURED        NOT FILED            .00               .00
CITY OF CHICAGO PARKING       UNSECURED          1834.92            .00               .00
CITY OF CHICAGO DEPT OF       NOTICE ONLY      NOT FILED            .00               .00
CITY OF CHICAGO               NOTICE ONLY      NOT FILED            .00               .00
CITY OF CHICAGO BUREAU P      NOTICE ONLY      NOT FILED            .00               .00
COMCAST                       UNSECURED        NOT FILED            .00               .00
COMCAST                       NOTICE ONLY      NOT FILED            .00               .00
AT&T BROADBAND                UNSECURED        NOT FILED            .00               .00
AT&T BROADBAND                NOTICE ONLY      NOT FILED            .00               .00
CROSS COUNTRY BANK            UNSECURED        NOT FILED            .00               .00
FAIRVIEW PROPERTY TAX         NOTICE ONLY      NOT FILED            .00               .00
FINGERHUT CORP                UNSECURED        NOT FILED            .00               .00
FINGERHUT                     NOTICE ONLY      NOT FILED            .00               .00
FINGERHUT CORPORATION         NOTICE ONLY      NOT FILED            .00               .00
HOME FEDERAL SAVINGS B        UNSECURED        NOT FILED            .00               .00
INSTANT CASH ADVANCE          UNSECURED        NOT FILED            .00               .00
FINGERHUT CREDIT ADVANTA      UNSECURED        NOT FILED            .00               .00
LIPPINCIOTT WILLIAMS & W      UNSECURED        NOT FILED            .00               .00
LITTLE CO MARY HOSPITAL       UNSECURED        NOT FILED            .00               .00
EVERGREEN EMERGENCY SERV      UNSECURED           289.00            .00               .00
EVERGREEN EMERGENCY SERV      NOTICE ONLY      NOT FILED            .00               .00
HOME FEDERAL SAVINGS BAN      UNSECURED        NOT FILED            .00               .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 00789 MARILYN L JONES
```

```
CHARTER ONE BANK         UNSECURED      NOT FILED             .00              .00
CHARTER ONE BANK         NOTICE ONLY    NOT FILED             .00              .00
TRU GREEN CHEMLAWN       UNSECURED      NOT FILED             .00              .00
TRU GREEN CHEMLAWN       NOTICE ONLY    NOT FILED             .00              .00
FINGERHUT                NOTICE ONLY    NOT FILED             .00              .00
LEDFORD & WU             DEBTOR ATTY    3,061.25                         3,061.25
TOM VAUGHN               TRUSTEE                                         1,753.48
DEBTOR REFUND            REFUND                                               .00
```

Summary of Receipts and Disbursements:
```
------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  22,035.13

PRIORITY                                             .00
SECURED                                        16,829.33
    INTEREST                                      391.07
UNSECURED                                            .00
ADMINISTRATIVE                                  3,061.25
TRUSTEE COMPENSATION                            1,753.48
DEBTOR REFUND                                        .00
                         ---------------     ---------------
TOTALS                   22,035.13              22,035.13
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
Dated: 03/05/09                   _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```